GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JANET C. HUDSON
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6356
    Fax: (213) 894-6436
    Email: janet.hudson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 07-1223-GW |
| | ) |
| Plaintiff, | ) GOVERNMENT'S RESPONSE TO PSR AND |
| | ) SENTENCING POSITION RE DEFENDANTS |
| v. | ) MOUSSA MATAR, MOHAMAD MATAR, AND |
| | ) ALI MATAR |
| MOUSSA MAHMOUD MATAR, | ) |
| MOHAMAD MOUSSA MATAR, | ) Date:      October 26, 2009 |
| and ALI MOUSSA MATAR, | ) Time:      8:00 a.m. |
| | ) |
| Defendants. | ) |

_____

     Plaintiff United States of America, by and through its

attorney of record, Assistant United States Attorney Janet C.

Hudson, hereby submits its response to the Presentence Reports

for defendants in this case, and its sentencing position.

DATED: October 19, 2009          Respectfully submitted,
                                 GEORGE S. CARDONA
                                 Acting United States Attorney

                                 CHRISTINE C. EWELL
                                 Assistant U.S. Attorney
                                 Chief, Criminal Division

                                 _____/s/_____
                                 JANET C. HUDSON
                                 Assistant United States Attorney

<u>RESPONSE TO PSR</u>

The government has no objections or corrections to the Presentence Reports for defendants Moussa Matar, Mohamad Matar, and Ali Matar.

<u>GOVERNMENT'S SENTENCING POSITION</u>

The government concurs with the Probation Office's recommendation of a probationary sentence for each of the three defendants, for the reasons set forth in the Presentence Reports. The government takes no position with respect to the imposition of a fine, as recommended by the Probation Office.

# CERTIFICATE OF SERVICE

I, **NORMA VIZCARRA,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S RESPONSE TO PSR AND SENTENCING POSITION RE DEFENDANTS MOUSSA MATAR, MOHAMAD MATAR, AND ALI MATAR**

**service was:**

[]Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

**[X]** Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows:

[] Electronic Mail

[] By hand delivery

[] By facsimile as follows:

[ ] By federal express as follows:

**U.S. PROBATION DEPT.**
**Jonatha Manahan**
**Laurene Hardin**
**Leslie Crews**
**600 U.S. Court House**
**312 N. Spring Street**
**Los Angeles, CA 90012-4701**

This Certificate is executed on , **October 19, 2009**, Los Angeles, California          .

I certify under penalty of perjury that the foregoing is true and correct.

NORMA VIZCARRA