**GREGORY NICOLAYSEN**
State Bar No. 98544
16000 Ventura Blvd
Suite 500
Encino, CA 91436
Phone: (818) 998-2706
Fax: (818) 998-8427
Cell: (818) 970-7247
Email: gregnicolaysen@aol.com

**Counsel For Defendant,**
**Ali Moussa Matar**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07 - 1223 - GW |
| ) | |
| Plaintiff, ) | **SENTENCING POSITION PAPER** |
| ) | **FILED BY DEFENDANT** |
| ) | **ALI MOUSSA MATAR** |
| vs. ) | |
| ) | |
| ) | |
| ALI MOUSSA MATAR, ) | |
| ) | Date: October 26, 2009 |
| Defendant ) | Time: 8:00 a.m. |
| ) | Court: The Hon. George Wu |
| _____ ) | |

   Defendant Ali Moussa Matar hereby submits his sentencing position paper, including any objections to the Presentence Report ("PSR").


DATED: October 19, 2009          Respectfully Submitted,



                                 By:_____/S/_____
                                 **GREGORY NICOLAYSEN**
                                 **Counsel for Defendant,**
                                 **Ali Moussa Matar**

**MEMORANDUM OF POINTS AND AUTHORITIES RE: SENTENCING**

Defendant Ali Moussa Matar respectfully asks this Court to impose the sentence of one year of probation that has been recommended by the Probation Office, with which the government concurs.

However, Mr. Matar respectfully objects to the recommended $6,000 fine in the PSR and asks that this Court waive the imposition of a fine. In support of this objection, Mr. Matar asks the Court to note that throughout these proceedings, he has been represented by CJA counsel pursuant to a Financial Affidavit that has established his financial eligibility. Customarily, fines are waived at sentencing in court-appointed cases, pursuant to U.S.S.G. 5E1.2. Moreover, Mr. Matar's financial condition as set forth on pages 12-13 of the PSR reflects an income level that is barely adequate to meet monthly living expenses. A fine would impose an extreme financial hardship.

DATED: October 19, 2009                     Respectfully Submitted,


By:_____/S/_____
    **GREGORY NICOLAYSEN**
    **Counsel for Defendant,**
    **Ali Moussa Matar**